FILED
FEB 14 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, ) 
Food & Drug Administration, 6000 Metro Dr, Suite 101, Bethesda MD 21215 )
Plaintiff, ) No.
)
v. )
)
All articles of food (excluding articles in freezer #1) stored on the premises at Happy Valley Food, Inc., 1240 W Street, N.E., Washington, D.C., that are in various types of containers (excluding articles in impermeable containers, i.e., metal or glass), )
)
Defendants. )

**COMPLAINT FOR FORFEITURE *IN REM***

CASE NUMBER 1:06CV00266
JUDGE: Ricardo M. Urbina
DECK TYPE: General Civil
DATE STAMP: 02/14/2006

To the Honorable Judge of the United States District Court for the District of Columbia.

Now comes the United States of America by Kenneth L. Wainstein, United States Attorney for the District of Columbia, and shows to the Court:

1. That this complaint is filed by the United States of America, and requests seizure and condemnation of articles of food as described in the caption, in accordance with the Federal Food, Drug, and Cosmetic Act (Act), 21 U.S.C. 301 et seq.

2. That this Court has jurisdiction under 28 U.S.C. 1345 and 21 U.S.C. 334.

3. That there are at Washington, D.C., in the possession of Happy Valley Food, Inc., 1240 W Street, N.E., or elsewhere within the jurisdiction of this Court, articles of food, as described in the caption.

4. That the articles of food are adulterated while held for sale after shipment in interstate commerce, within the meaning of the Act, 21 U.S.C. 342(a)(4), in that they have been held under insanitary conditions whereby they may have become contaminated with filth.

5. That by reason of the foregoing, the articles are held illegally within the jurisdiction of this Court and are liable to seizure and condemnation.

We request that process issue against the articles; that all persons having any interest in the articles be cited to appear herein and answer the allegations of the complaint; that this Court decree the condemnation of the

1

articles and grant plaintiff the costs of this proceeding against the claimant of the articles; that the articles be disposed of as this Court may direct pursuant to the provisions of the Act; and that plaintiff have such other and further relief as the case may require.

UNITED STATES OF AMERICA

_Kenneth L. Wainstein_
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_R. Craig Lawrence_
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

_Laurie Weinstein_
LAURIE WEINSTEIN, D.C. Bar #389511
Assistant United States Attorneys
555 4th Street, NW  Room E4820
Washington, DC 20530
202-514-7133

OF COUNSEL:

PAULA M. STANNARD
Acting General Counsel

SHELDON T. BRADSHAW
Associate General Counsel
Food and Drug Division

ERIC M. BLUMBERG
Deputy Chief Counsel, Litigation

WENDY S. VICENTE
Associate Chief Counsel
for Enforcement
United States Department of
Health and Human Services
Office of the General Counsel
(301) 827-7138

VERIFICATION

DISTRICT OF COLUMBIA

I, Steven B. Barber, being first duly sworn, state that the facts and allegations of the foregoing Complaint are true and correct to the best of my knowledge. To the extent the undersigned has relied on information from others, he believes that information to be true and reliable.

DATED: _February 10_, 2006

_____
Compliance Officer
Food and Drug Administration

NOTARY PUBLIC

_____
My Commission Expires _____

JAY D. FARRIS
Notary Public of District of Columbia
My Commission Expires July 31, 2008