## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Food & Drug Administration<br><br>       Plaintiff,<br><br>       v.<br><br>All articles of food (excluding arti-<br>cles in freezer #1) stored on the<br>premises at Happy Valley Food, Inc.,<br>1240 W. Street, N.W., Washington,<br>D.C., that are in various types of<br>containers (excluding articles in<br>impermeable containers, i.e., metal<br>or glass),<br><br>       Defendants. | Case No. 1:06CV00266 |

## VERIFIED STATEMENT OF INTEREST OR RIGHT

NOW COMES Johnny Chan, the custodian of the above-referenced property (defendants), by counsel, and files this, his Verified Statement of Interest or Right, and in support thereof, states as follows:

1. Mr. Chan hereby states that he is, and has been, the President of Happy Valley Food Corp., 1240 W. Street, N.W., Washington, D.C. 20018, since 1980.

2. Mr. Chan states that he is the custodian and has a legal interest and right in the articles of food identified above as defendants in this case.

Respectfully submitted,
Johnny Chan,
By Counsel

Dated: 3/14/06

/s/ Mark F. Werblood

Mark F. Werblood, Esq.
TESLER & WERBLOOD
Counsel for Johnny Chan
113 Rowell Court
Falls Church, Virginia 22046
(703) 534-9300
Bar No. 926873


## VERIFICATION

I, Johnny Chan, am the President of Happy Valley Food, Corp., and am the custodian of any and all articles belonging to Happy Valley.

I have read the contents of the foregoing Verified Statement of Interest or Right, have personal knowledge of the contents therein, and the statements contained therein are true to the best of my knowledge and belief.

I declare under the penalty of perjury that the foregoing is true and correct.

Johnny Chan
Johnny Chan

-2-

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 14th day of March, 2006, a true and correct copy of the foregoing Verified Statement of Interest or Right was sent, via regular United States mail, to:

AUSA Laurie Weinstein
United States Attorney's Office
555 4th Street, NW, Room E4820
Washington, D.C. 20530