IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>Food & Drug Administration<br><br>            Plaintiff,<br><br>        v.<br><br>All articles of food (excluding articles in freezer #1) stored on the premises at Happy Valley Food, Inc., 1240 W. Street, N.W., Washington, D.C., that are in various types of containers (excluding articles in impermeable containers, i.e., metal or glass),<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:06CV00266<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AMENDED VERIFIED STATEMENT OF INTEREST OR RIGHT**

NOW COMES Happy Valley Food Corp., the custodian of the above-referenced articles of food, by and through Johnny Chan, President, and files this, its Verified Statement of Interest or Right, and in support thereof, states as follows:

1. Mr. Chan hereby states that he is, and has been, the President of Happy Valley Food Corp., 1240 W. Street, N.W., Washington, D.C. 20018, since 1980.

2. Mr. Chan states that Happy Valley Food Corp. is the custodian of the above-referenced articles of food, and that Happy Valley Food Corp. has a legal interest and right in the articles of food identified above as defendants in this case.

```
                              Respectfully submitted,
                              Johnny Chan,
                              By Counsel

Dated: 3/22/06               /s/ Mark F. Werblood
                             _____
                             Mark F. Werblood, Esq.
                             TESLER & WERBLOOD
                             Counsel for Johnny Chan
                             113 Rowell Court
                             Falls Church, Virginia 22046
                             (703) 534-9300
                             Bar No. 926873
```

## VERIFICATION

I, Johnny Chan, am the President of Happy Valley Food, Corp., which is the custodian of any and all articles of food belonging to Happy Valley.

I have read the contents of the foregoing Verified Statement of Interest or Right, have personal knowledge of the contents therein, and the statements contained therein are true to the best of my knowledge and belief.

I declare under the penalty of perjury that the foregoing is true and correct.

```
                              HAPPY VALLEY FOOD CORP.

                              by: /s/ Johnny Chan
                              _____
                              Johnny Chan, President
```

-2-

CERTIFICATE OF SERVICE

I HEREBY certify that on this 22nd day of March, 2006, a true and correct copy of the foregoing Amended Verified Statement of Interest or Right was sent, via regular United States mail, to:

AUSA Laurie Weinstein
United States Attorney's Office
555 4th Street, NW, Room E4820
Washington, D.C. 20530

/s/ Mark F. Werblood
_____
Mark F. Werblood