IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Civ. No. 06-266 (RMU) |
| | ) | |
| v. | ) | |
| | ) | |
| All articles of food (excluding articles in freezer #1) stored on the premises at Happy Valley Food, Inc., 1240 W Street, N.E., Washington, D.C., that are in various types of containers (excluding articles in metal or glass containers), | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF FILING

The United States, with consent of claimant Johnny Chan, on behalf of Happy Valley Food, Inc., and his counsel, hereby respectfully submit the accompanying Consent Decree of Condemnation and Injunction for entry by this Honorable Court.

　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　KENNETH L. WAINSTEIN, D.C. Bar 451058
　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　RUDOLPH CONTRERAS, D.C. Bar 434122
　　　　　　　　　　　　　　　　Civil Chief


　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　LAURIE WEINSTEIN, D.C. Bar 389511
　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　555 4th Street NW
　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　(202) 514-7133

OF COUNSEL:

PAULA M. STANNARD
Acting General Counsel
SHELDON T. BRADSHAW
Associate General Counsel
ERIC M. BLUMBERG
Deputy Chief Counsel, Litigation
WENDY S. VICENTE
ASSOCIATE CHIEF COUNSEL
United States Department of
Health and Human Services