IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Civ. No. 06-266 (RMU) |
| | ) | |
| v. | ) | |
| | ) | |
| All articles of food (excluding articles in freezer #1) stored on the premises at Happy Valley Food, Inc., 1240 W Street, N.E., Washington, D.C., that are in various types of containers (excluding articles in metal or glass containers), | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF COMPLIANCE WITH TERMS OF BOND

The United States hereby respectfully informs the Court that claimant Johnny Chan, on behalf of Happy Valley Food, Inc., has satisfied the conditions of the bond issued in this matter and the monies may therefore be returned to claimant.  See the accompanying letter from the U.S. Department of Health and Human Services, Food and Drug Administration.  A proposed Order is attached.

                                                      _____/s/_____  
                                              KENNETH L. WAINSTEIN, D.C. Bar 451058  
                                              United States Attorney

                                                  _____/s/_____  
                                              RUDOLPH CONTRERAS, D.C. Bar 434122  
                                              Civil Chief

                                                  _____/s/_____  
                                              LAURIE WEINSTEIN, D.C. Bar 389511  
                                              Assistant U.S. Attorney  
                                              555 4th Street NW  
                                              Washington, DC 20530  
                                              (202) 514-7133

OF COUNSEL:

PAULA M. STANNARD  
Acting General Counsel  
SHELDON T. BRADSHAW  
Associate General Counsel  
ERIC M. BLUMBERG  
Deputy Chief Counsel, Litigation

WENDY S. VICENTE
ASSOCIATE CHIEF COUNSEL
United States Department of
Health and Human Services

```
            IN THE UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-266 (RMU) |
| | ) |
| All articles of food (excluding arti- | ) |
| cles in freezer #1) stored on the | ) |
| premises at Happy Valley Food, Inc., | ) |
| 1240 W Street, N.E., Washington, D.C., | ) |
| that are in various types of contain- | ) |
| ers (excluding articles in metal or | ) |
| glass containers), | ) |
| | ) |
| Defendants. | ) |

ORDER

Upon consideration of the Notice of Compliance provided by the United States, and the entire record herein, it is hereby

ORDERED that the Clerk of Court shall release the bond provided in this matter by claimant Johnny Chan, through his attorney, to the claimant.

Dated: _____

_____
UNITED STATES DISTRICT COURT