**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

FEI: 1000123468

Food and Drug Administration
Baltimore District Office
6000 Metro Drive
Suite 101
Baltimore, MD 21215-3215
Telephone: (410) 779-5454

June 7, 2006

Ms. Laurie J. Weinstein
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

Civil # 06-266
U.S. vs. All articles of food (excluding articles in freezer #1) stored on the premises at Happy Valley Food, Inc., 1240 W Street, N.E., Washington D.C., that are in various types of containers (excluding articles in metal or glass containers)

Dear Ms. Weinstein:

The terms of the Consent Decree of Condemnation and Injunction entered in the above-identified action have been complied with under the supervision of a representative of the Food and Drug Administration.

Costs of supervision have been paid, and insofar as we are concerned, the bond may be canceled. If you have any questions, please feel free to contact me at 410-779-5134

Sincerely,

Steven B. Barber
Compliance Officer

cc:   file
      legal file
      GCF-1 (Levy)