IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

ECF

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 06-266 (RMU) |
| ) | |
| All articles of food (excluding articles in freezer #1) stored on the premises at Happy Valley Food, Inc., 1240 W Street, N.E., Washington, D.C., that are in various types of containers (excluding articles in metal or glass containers), ) ) ) ) ) ) ) | |
| ) | |
| Defendants. ) | |
| ) | |

ORDER

Upon consideration of the Notice of Compliance provided by the United States, and the entire record herein, it is hereby

ORDERED that the Clerk of Court shall release the bond provided in this matter by claimant Johnny Chan, through his attorney, to the claimant.

Dated: 7/10/06

_Ricardo M. Urbina_
UNITED STATES DISTRICT COURT